NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEVON OSHEA TAYLOR-CRAWFORD,       )
DOC #F20088,                       )
                                   )
            Appellant,             )
                                   )
v.                                 )
                                   )       Case No.  2D18-1809
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed February 8, 2019.

Appeal from the Circuit Court for Pinellas
County; Nancy Moate Ley, Judge.

Howard L. Dimmig, II, Public Defender,
and Frederick W. Vollrath, Special
Assistant Public Defender, Bartow, for
Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


KELLY, BLACK, and SLEET, JJ., Concur.